Dear Honorable Judge DeGuilio,          Case # 3:12-CR-00066-JD-CAN

My name is Dale Hite I was convicted of conspiracy to Manufacture over 50grams of methamphetamines. I was given a sentence of 292 months.

I am pleased to inform you that since the last time we saw one another I have made great progress, and continue to do so. Since I arrived back at Miami Correctional Facility on August 12th 2014 I have always maintained employment for Pen Industries.

In fact, I achieved a Department of Labor Apprenticeship for Industrial Machine System Technician, which took 4000 hrs., and I am currently working for Kauffman Engineering, which is not only another Department of Labor Apprenticeship, but also I am able to make minimum wage due to my good work ethic and perseverance. Since 4-8-2015 I have been residing in the Honor Dorm, a relatively new program here at M.C.F. that continues to grow, and thrive, with offenders who have the same values, and goals that I do.

During my incarceration I have always kept my faith, and my family remains by my side 100%. We continue to have family visits, and phone contact, and remain hopeful for my future. In 2015 I completed both the Celebrate Recovery Program, and also the Mothers against Methamphetamines Program.

I will leave you with this last brief message. I have restrained through all of this, from any association with gangs, drugs, fighting,etc...,and maintain gainful employment so that I will not be a burden on the State, as well as my family. I remain focused on striving for the best possible future I can mend from these unfortunate circumstances, for my sake as well as my family's.

Thank you very much for your time and patience

Sincerely

Dale Hite

-FILED-

AUG 02 2017

ROBERT N. TRGOVICH, Clerk
U.S DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Indiana Department of Correction
## Offender Prison Intake Case Plan

Page 1 Of 3

**Offender Name:** HITE, DALE　　　　　　　　**Offender ID:** 144544

**Case Plan Date:** 08/31/2012　　　　　　　**Printed On:** 05/12/2017

**EPR Date:** 06/14/2026　　　　　　　　　　**Facility:** Miami Correctional Facility

---
### RISK
---

#### Indiana Risk Assessment - Prison Intake
**Risk Level:** High　　　　　　　　　　　　**Risk Score:** 21

**Override Level:** NA

### Classification

## Criminal History
**Risk Level:** High　　　　　　　　　　　　**Domain Score:** 9

---
### Needs
---

## Criminal Life Style
**Risk Level:** Moderate　　　　　　　　　　**Domain Score:** 3

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| PLUS Faith | 09/12/2012 | 09/12/2012 | | 01/26/2015 | Re-Refer at a Later Date |

Review Date

**Personalized Interventions**

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender Hite will remain conduct clear and learn and adhere to all facility rules. | 08/31/2012 | 08/08/2014 | Successful |

| Review Date | Review Summary | Review Author |
|---|---|---|
| 08/01/2013 | Offender Hite has been out to court since March 2013. He will be able to return to the facility and get a work assignment. | Ross, Denise |

## School Behavior and Employment
**Risk Level:** High　　　　　　　　　　　　**Domain Score:** 6

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-PEN-Application | 09/11/2012 | | | 10/30/2012 | Referred Successfully |

Review Date

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-FAC-0574-Landscape Management Technician | 10/04/2012 | | | 11/28/2012 | Re-Refer at a Later Date |

Review Date



## Indiana Department of Correction
### Offender Prison Intake Case Plan

Page 2 of 3

Offender Name: HITE, DALE          Offender ID: 144544

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-PEN-0676-Computer Operator | | | 11/02/2012 | 04/08/2013 | Out to Court |

Review Date

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-PEN-1033-Office Mgr Admin Srvcs | | | 11/02/2012 | 04/17/2014 | Changed Programs |

Review Date

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| X-Industrial Machine System Tech | | | 04/17/2014 | 06/02/2016 | Changed Programs |

Review Date

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-PEN-1037-Industrial Machine System Tech | | | 04/21/2014 | 06/22/2016 | Time Cut Accepted |

Review Date

**Program Interventions**

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| DOL-PEN-0875-Assembler Electromechanical | | | 09/14/2016 | | |

Review Date

**Personalized Interventions**

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender Hite will continue to work in Pen Products and recieve satisfactory evaluations. | 08/04/2015 | | |

| Review Date | Review Summary | Review Author |
|---|---|---|
| 08/02/2016 | Offender Hite still works for PEN Products, lhowever, now works for the Wire Shop in a minimum wage job. | Rich, Daniel C. |

**Personalized Interventions**

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender will complete his DOL Program. | 10/28/2016 | | |

## Family and Social Support

Risk Level: Low                Domain Score: 2

**Personalized Interventions**

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender Hite will maintain contact with family & friends through letters, phone calls and visitation. | 08/31/2012 | 08/08/2014 | Successful |

Indiana Department of Correction
Offender Prison Intake Case Plan

Page 3 of 3

Offender Name: HITE, DALE Offender ID: 144544

## Personalized Interventions

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender would appear to benefit from family support with phone calls, visits and mail correspondence. | 08/04/2015 | | |

| Review Date | Review Summary | Review Author |
|---|---|---|
| 08/02/2016 | Offender Hite has kept in contact with his family. | Rich, Daniel C. |

### Substance Abuse and Mental Health

Risk Level: Low Domain Score: 1

No interventions for this domain

## Program Interventions

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| Celebrate Recovery | 11/20/2012 | | 01/06/2015 | 06/30/2015 | Completed Successfully |

| Review Date | Review Summary | Review Author |
|---|---|---|
| 05/21/2015 | Offender has not been in Celebrate Recovery. | Robison, Sara K. |

## Program Interventions

| Program Name | Referral Dt | Wait List Dt | Start Dt | End Dt | Completion Type |
|---|---|---|---|---|---|
| Refer to Therapeutic Community | 08/13/2013 | 08/15/2013 | 08/15/2013 | 12/23/2013 | Re-Refer at a Later Date |

Review Date

### Other areas of concern

Risk Level: NA Domain Score: NA

## Personalized Interventions

| Personal Intervention | Start Date | End Date | Completion Type |
|---|---|---|---|
| Offender will remain clear of conduct code violations for the next 90 days. | 10/28/2016 | | |

Offender Signature Date

Unit Team Signature Date



**Indiana Department of Correction**
Miami Correctional Facility
Office of Apprenticeship and Training
3038 West 850 South
Bunker Hill, IN 46914-9810
Phone: (765) 689-8920 ♦ Fax: (765) 689-8601

DATE: Wednesday, November 16, 2016
TO: OFFENDER: HITE, DALE #144544
FROM: D.O.L CORDINATOR: BENNETT PETTERSON
SUBJECT: GRADUATION COMPLETION

I herby notify you on 6/7/2016
You successfully completed a (INDUSTRIAL MACHINE MECHANIC) D.O.L 4,000 HOUR PROGRAM and further more you have meet all criteria with an above average standards while incarcerated in the MIAMI DEPARTMENT OF CORRECTIONS you have maintained a steady work history and promptly completed all tasks set forth there for on behalf of PEN PRODUCTS this being your second apprenticeship and you have recently entered into a third apprentice ship (0875- electromechanical assembler 4,000 app.)We at pen products would also like to wish you success in this apprenticeship

D.O.L CORDINATOR _[signature]_
DATE: 11-14-2016.



PEN Products — Office of Apprenticeship and Training



**VERIFICATION OF COMPLETION OF EDUCATION/VOCATION/SUBSTANCE ABUSE PROGRAM**
State Form 46032 (R2 / 6-99)

| SECTION 1 | | EPRD | 14-DEC-26 |
|---|---|---|---|
| Name of offender | | DOC number | |
| DALE HITE | | 144544 | |

Name of Facility

Miami Correctional Facility

| Name of program completed | Level of Vocation/Substance Abuse | Verified that offender has not previously completed this program (education programs only) |
|---|---|---|
| DOL-PEN-1037-Industrial Machine System Tech | DOL-PEN-1037-Industrial Ma | |

Name of the school offering education program

| Date program was completed | Date form being completed |
|---|---|
| 22-JUN-2016 | 22-JUN-2016 |

Location of original record:
Offender Packet

| Name of person completing form (printed) | Title of person completing form |
|---|---|
| Peterson, Bennett | |

Signature of person completing form

Peterson, Bennett                                              22-JUN-2016

### SECTION 2 CENTRAL OFFICE RESPONSIBLE DIRECTOR

| Signature of Responsible Director | Date signed(month, day, year) |
|---|---|
| Krueger, Shari | 28-jun-2016 |

### SECTION 3 CENTRAL OFFICE CLASSIFICATION SECTION

Name of person completing form (printed)

Csenar, James E.

Title of person completing form

Classification Analyst

New earliest possible release date (EPRD)     Comments

14-JUN-2026

| Signature | Date signed(month, day, year) |
|---|---|
| Csenar, James E. | 14-JUL-2016 |

DISTRIBUTION: Copy-Central Office packet; Copy-Facility Education/Substance Abuse Office;
Copy-Central Office Director of Education/Substance Abuse;
Copy- Offender; Copy-Institutional Packet

NAME: Dale Hite
DOC NO.: 144544
LOCATION: I-133

Indiana Department of Corrections
Miami Correctional Facility
3038 West 850 South
Bunker Hill, IN 46914-9810

This stamp identifies this correspondence as having been mailed by an offender incarcerated at the above named facility

"WARNING": Not responsible for contents. Any enclosed money orders should be referred to your local postmaster before cashing

6/10

INDIANAPOLIS
IN 460
31 JUL '17
PM 2 L



02 1P      $ 000.46⁰
0000897052    JUL 31 2017
MAILED FROM ZIP CODE 46914

Judge Jon E. Deguilio
124 Robert A. Grant
Courthouse
204 South Main Street
South Bend, IN 46601